**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
CHRISTOPHER WARREN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-09-00121-JAM |
| PLAINTIFF, ) | |
| ) | STIPULATION AND |
| v. ) | ORDER CONTINUING THE JUDGMENT AND SENTENCING TO |
| ) | TUESDAY AUGUST 7, 2012 AND |
| CHRISTOPHER WARREN, et al., ) | MODIFYING THE SCHEDULE |
| ) | |
| DEFENDANTS. ) | |

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney Mr. Russell L. Carlberg, and the defendant, Christopher Warren, represented by his attorney, Mr. James R. Greiner, hereby agree and stipulate that the current date set for the defendant's judgment and sentencing, **Tuesday, June 26, 2012**, can be vacated and can be rescheduled for **Tuesday, August 7, 2011, at 9:45 a.m.** in Courtroom #6, 14th floor Honorable United States District Court Judge, John A. Mendez..

The Court's courtroom deputy, Mr. Harry Vine, was contacted to ensure the Court was available and the Court is available on Tuesday, August 7**,** 2012.

1

Further, the parties agree that the pre-investigation report schedule can be modified as follows:

| | |
|---|---|
| Judgment and Sentencing Date | August 7, 2012 |
| Reply, or Statement of non-opposition | July 31, 2012 |
| Motion for Correction of the Pre-sentence Report shall be filed with the Court and served on the Probation Officer and opposing Counsel no later than | July 24, 2012 |
| The pre-sentence report shall be filed with the Court and disclosed to counsel no later than | July 3, 2012 |
| Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than | June 26, 2012 |

Probation is in agreement with the above dates.

Respectfully submitted,
BENJAMIN WAGNER
UNITED STATES ATTORNEY

/s/ Russell Carlberg by e mail authorization

DATED: 6-19-11

Russell L. Carlberg
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

DATED: 6-19-11          /s/ James R. Greiner

James R. Greiner
Attorney for Defendant Christopher Warren

# ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, and the Court's independent review of the entire case

The Judgment and Sentencing currently set for Tuesday, June 26, 2012**, is vacated**, and the new date for Judgment and Sentencing is set for Tuesday, August 7, 2012, with the modification to the pre-investigation report schedule, as agreed to by the parties with no objection from probation, is as follows:

| | |
|---|---|
| Judgment and Sentencing Date | August 7, 2012 |
| Reply, or Statement of non-opposition | July 31, 2012 |
| Motion for Correction of the Pre-sentence Report shall be filed with the Court and served on the Probation Officer and opposing Counsel no later than | July 24, 2012 |
| The pre-sentence report shall be filed with the Court and disclosed to counsel no later than | July 3, 2012 |
| Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than | June 26, 2012 |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JUNE 19, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE