| | |
|---|---|
| 1 | **JAMES R. GREINER, ESQ.** |
| | CALIFORNIA STATE BAR NUMBER 123357 |
| 2 | **LAW OFFICES OF JAMES R. GREINER** |
| | 555 UNIVERSITY AVENUE, SUITE 290 |
| 3 | SACRAMENTO, CALIFORNIA 95825 |
| | TELEPHONE: (916) 649-2006 |
| 4 | FAX: (916) 920-7951 |

ATTORNEY FOR DEFENDANT
CHRISTOPHER WARREN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) CR. NO. S-09-00121-JAM
    PLAINTIFF, )
 ) STIPULATION AND
    v. ) ORDER MODIFYING TWO DATES
 ) OF THE PRE-TRIAL INVESTIGATION
CHRISTOPHER WARREN, et al., ) REPORT
 )
    DEFENDANTS. )
_____)

The parties to this litigation, the Unites States of America, represented by Assistant United States Attorney Mr. Russell L. Carlberg, and the defendant, Christopher Warren, represented by his attorney, Mr. James R. Greiner, hereby agree and stipulate that two dates of the pre-trial investigation report may be modified by the Court with all other dates, including the judgment and sentencing date of August 7, 2012, remaining the same.

The parties agree, along with probation, that the schedule may be modified as follows:

| | |
|---|---|
| The pre-sentence report shall be filed with the Court and disclosed to counsel no later than | July 10, 2012 |
| Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than | July 3, 2012 |

1

|  |  |
|---|---|
|  | Respectfully submitted,<br>BENJAMIN WAGNER<br>UNITED STATES ATTORNEY |
| DATED: 7-2-12 | /s/ Russell Carlberg by e mail authorization<br>_____<br>Russell L. Carlberg<br>ASSISTANT UNITED STATES ATTORNEY<br>ATTORNEY FOR THE PLAINTIFF |
| DATED: 7-2-12 | /s/ James R. Greiner<br>_____<br>James R. Greiner<br>Attorney for Defendant<br>Christopher Warren |

# ORDER

Based upon the representations of counsel, the record in this case, and the agreements and stipulations between all counsel in the case, and the Court's independent review of the entire case

The Court modifies the pre-investigation report schedule, as agreed to by the parties with no objection from probation, as follows:

| | |
|---|---|
| The pre-sentence report shall be filed with the Court and disclosed to counsel no later than | July 10, 2012 |
| Counsel's written objections to the Pre-sentence Report shall be delivered to the Probation Officer and opposing counsel no later than | July 3, 2012 |

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.**

DATED: JULY 3, 2012.

/s/ John A. Mendez
JOHN A. MENDEZ
UNITED STATES
DISTRICT COURT JUDGE